# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**VERN SCHULDHEISZ**                                                            **PLAINTIFF**
**ADC #144326**

**v.**                          **CASE NO. 1:17-CV-00025 BSM**

**MARK COUNTS, et al.**                                                        **DEFENDANTS**

## ORDER

The partial recommended disposition ("PRD") submitted by United States Magistrate

Judge Beth Deere [Doc. No. 5] has been reviewed. No objections have been filed. After

reviewing the record, the PRD is adopted.

Accordingly, plaintiff Vern Schuldheisz's official capacity claims against defendants

Mark Counts and Stanley Haney are dismissed without prejudice, and Schuldheisz's official

capacity claims against defendants Kendra Roberts and Connie Hubbard are dismissed with

prejudice.

IT IS SO ORDERED this 12th day of June 2017.

_____
UNITED STATES DISTRICT JUDGE