IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**VERN SCHULDHEISZ**                                                                      **PLAINTIFF**
ADC #144326

v.                 **CASE NO. 1:17-CV-00025 BSM**

**MARK COUNTS, et al.**                                                    **DEFENDANTS**

## ORDER

The partial recommended disposition submitted by United States Magistrate Judge Beth Deere [Doc. No. 41] and plaintiff Vern Schuldheisz's timely objections [Doc. No. 43] have been reviewed. After *de novo* review of the record, the partial recommended disposition is adopted in its entirety. Accordingly, Schuldheisz's claims against defendant Doe are dismissed without prejudice.

IT IS SO ORDERED this 20th day of October 2017.

_____
UNITED STATES DISTRICT JUDGE