IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

VERN SCHULDHEISZ,
ADC #144326                                                              PLAINTIFF

V.                         CASE NO. 1:17-CV-25-BD

MARK COUNTS, et al.                                                      DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED this 26th day of June, 2018.

_____
UNITED STATES MAGISTRATE JUDGE